# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CECIL THORNTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　　Defendant. | Case No. 1:17-cv-01463-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 5)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE TO REFILING WITH SUBMISSION OF $400.00 FILING FEE |

　　　　Plaintiff William Cecil Thornton, a state prisoner proceeding pro se, filed this civil action on October 12, 2017 in the Northern District of California. (ECF No. 1.) Plaintiff consented to magistrate judge jurisdiction. (ECF No. 4.) On October 26, 2017, this action was transferred to the Eastern District of California. (ECF No. 6.)

　　　　Currently before the Court is Plaintiff's motion for leave to proceed in forma pauperis, filed on October 23, 2017. (ECF No. 5). Plaintiff is subject to 28 U.S.C. § 1915(g), which provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner

is under imminent danger of serious physical injury."[1]

The Court has reviewed Plaintiff's complaint and his allegations do not satisfy the imminent danger exception to section 1915(g). Andrews v. Cervantes, 493 F.3d 1047, 1055-56 (9th Cir. 2007). Plaintiff is currently housed at Valley State Prison in Chowchilla, California. He alleges that on July 19, 2017, he was taken out of a paid assignment as Mens Advisory Council (MAC) Chairman and placed in an unpaid assignment in Substance Abuse Treatment (SAT) Classes. Plaintiff alleges that as an ADA inmate, he was discriminated against because other inmates were permitted to work in the morning and attend SAT in the afternoon, and are paid while in SAT.

The Court finds that the complaint does not allege, or even relate to, any potential for imminent serious physical injury to Plaintiff. Therefore, Plaintiff has not satisfied the exception from the three strikes bar under 28 U.S.C. § 1915(g), and must pay the $400.00 filing fee if he wishes to litigate this claim.

Accordingly, the Court HEREBY ORDERS as follows:

1. Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 5) is DENIED;
2. This action is DISMISSED without prejudice to re-filing accompanied by the $400.00 filing fee; and
3. The Clerk of the Court is directed to terminate all pending motions and close this case.

IT IS SO ORDERED.

Dated: **November 1, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court takes judicial notice of the following four United States District Court cases: Thornton v. Neotti, Case No. 3:10-cv-01677-LAB-BGS (S.D. Cal.) (dismissed on January 3, 2011 for failure to state a claim); Thornton v. Cate, Case No. 3:10-cv-01585-JLS-PCL (S.D. Cal.) (dismissed on June 28, 2011 for failure to state a claim); Thornton v. Cavalin, Case No. 3:11-cv-00108-BEN-CAB (S.D. Cal.) (dismissed on July 19, 2011 as frivolous); Thornton v. Deddeh, Case No. 3:11-cv-02401-LAB-CAB (S.D. Cal.) (dismissed on January 17, 2012 as frivolous).