UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILLIAM CECIL THORNTON,

          Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITIATION,

          Defendant.

1:17-cv-01463-BAM (PC)

ORDER TO SUBMIT A **NON-PRISONER**
APPLICATION TO PROCEED *IN FORMA
PAUPERIS* OR PAY THE $400.00 FILING FEE

**THIRTY (30) DAY DEADLINE**

Plaintiff William Cecil Thornton ("Plaintiff") is a former state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.

On November 1, 2017, the undersigned issued an order denying Plaintiff's motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and dismissing this action without prejudice to re-filing with the $400.00 filing fee. (ECF Nos. 9, 10.) Plaintiff appealed on November 29, 2017. (ECF No. 12.)

On February 27, 2018, the Court of Appeals for the Ninth Circuit vacated the order and judgment of the undersigned and remanded for further proceedings pursuant to Williams v. King, 875 F.3d 500, 503–04 (9th Cir. 2017). The Ninth Circuit issued its mandate concurrently with that order. (ECF No. 15.)

At the time this action was initiated, Plaintiff was incarcerated. (ECF No. 1.) However, Plaintiff's notice of change of address, filed on March 23, 2018, indicates that he has since been released. (ECF No. 16.)

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff an application to proceed *in forma pauperis* for a **non-prisoner**;

2. Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed *in forma pauperis* for a non-prisoner, or in the alternative, pay the $400.00 filing fee for this action; and

3. **Failure to comply with this order will result in dismissal of this action for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

Dated: __**April 16, 2018**__                    ___/s/ *Barbara A. McAuliffe*___
                                                           UNITED STATES MAGISTRATE JUDGE